AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bloch, Alan N. | USDC/WDPA | 04/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Suite 8370
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Ameritus Board of Directors | Make-A-Wish Foundation of Western Pennsylvania (non-profit corporation) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | 10-2-2013 to 10-4-2013 | Farmington, PA | Attend the Annual Retreat | Room and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Philadelphia Pa. Gas Works Bond (12th Series) | A | Interest | J | T | | | | | |
| 2. Montgomery County Bond | A | Interest | J | T | | | | | |
| 3. Pa. Turnpike Bond (Series B) | A | Interest | J | T | | | | | |
| 4. Pa. State Higher Educ. Assistance Agency (B/E) | A | Interest | | | Redeemed | 08/12/13 | J | | |
| 5. Delaware Cty. IDA Sub. Water Authority Bond | A | Interest | | | Redeemed | 10/31/13 | J | | |
| 6. Mt. Lebanon School District Bond | A | Interest | | | Redeemed | 02/15/13 | J | | |
| 7. Lower Merion School District Bond | A | Interest | | | Redeemed | 05/15/13 | J | | |
| 8. Altoona PA NTS Series A Bond | B | Interest | K | T | | | | | |
| 9. Scranton PA Gen. Obligation (Series B) Bond | A | Interest | J | T | | | | | |
| 10. Norristown School District Bond | A | Interest | | | Redeemed | 03/01/13 | J | | |
| 11. Gateway School District Bond | A | Interest | | | Redeemed | 10/15/13 | J | | |
| 12. Economy Pa. Municipal Sewer Authority | A | Interest | J | T | | | | | |
| 13. Abington School District Bond | A | Interest | J | T | | | | | |
| 14. Pa. State Ref. Project (1st Series) Bond | A | Interest | K | T | | | | | |
| 15. Philadelphia Gas Works (5th Series) | A | Interest | J | T | | | | | |
| 16. Ambridge Penn Area School District | A | Interest | J | T | | | | | |
| 17. Plum Borough School District | A | Interest | | | Redeemed | 09/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Garnet Valley School District | A | Interest | J | T | | | | | |
| 19. Iroquois School District | A | Interest | | | Redeemed | 05/23/13 | J | | |
| 20. Philadelphia Pa. School District | A | Interest | J | T | | | | | |
| 21. State Public School Building Authority | A | Interest | J | T | | | | | |
| 22. State Public School Building Authority | B | Interest | K | T | | | | | |
| 23. State Public School Building Authority | A | Interest | J | T | | | | | |
| 24. Philadelphia Pa. School District | B | Interest | K | T | | | | | |
| 25. Spring-Ford Area School District | A | Interest | J | T | | | | | |
| 26. State Public School Building Authority | A | Interest | J | T | | | | | |
| 27. Pa. State Higher Education Drexel University | A | Interest | K | T | | | | | |
| 28. Philadelphia PA Water & Wastewater Series B Bond | B | Interest | K | T | | | | | |
| 29. Aliquippa PA School District Bond | B | Interest | K | T | | | | | |
| 30. Mahanoy PA Sewer Authority Bond | A | Interest | K | T | | | | | |
| 31. Mars PA School District Bond | A | Interest | J | T | | | | | |
| 32. Erie PA Water Authority Bond | A | Interest | J | T | | | | | |
| 33. Altoona PA Area School District Bond | A | Interest | K | T | | | | | |
| 34. Pa. State Turnpike Commission Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. West Mifflin PA Area School District Bond | A | Interest | J | T | | | | | |
| 36. Uniontown PA Area School District Bond | A | Interest | J | T | | | | | |
| 37. Erie PA Water Authority Water Bond | A | Interest | J | T | | | | | |
| 38. Altoona PA Area School District Bond | A | Interest | J | T | | | | | |
| 39. Reading PA School District Bond | A | Interest | K | T | | | | | |
| 40. Coatesville PA Area School District Bond | A | Interest | J | T | | | | | |
| 41. Reading PA School District Bond | A | Interest | J | T | | | | | |
| 42. North Versailles Township Sanitary Authority Bond | A | Interest | | | Redeemed | 06/18/13 | J | | |
| 43. Interest-PNC Bank- Checking; Virgnia Manor Shops, Pgh. | A | Interest | J | T | | | | | |
| 44. Vanguard Pa. Insured Tax Free Fund | B | Dividend | K | T | | | | | |
| 45. Pimco High Yield Fund Class A | A | Dividend | | | Sold | 03/19/13 | J | | |
| 46. J.P. Morgan Chase 7% Shares | A | Dividend | | | Redeemed | 05/08/13 | J | | |
| 47. Bond Fund of America | A | Dividend | | | Sold | 03/15/13 | J | | |
| 48. American High Income Trust | A | Dividend | | | Sold | 03/15/13 | J | | |
| 49. Capital Income Builder Class A of American Funds | C | Dividend | N | T | | | | | |
| 50. -- | | | | | Buy (add'l) | 02/22/13 | J | | |
| 51. -- | | | | | Buy (add'l) | 03/14/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- | | | | | Buy (add'l) | 03/15/13 | J | | |
| 53. -- | | | | | Buy (add'l) | 03/19/13 | J | | |
| 54. -- | | | | | Buy (add'l) | 05/21/13 | J | | |
| 55. -- | | | | | Buy (add'l) | 05/30/13 | J | | |
| 56. -- | | | | | Buy (add'l) | 06/27/13 | J | | |
| 57. -- | | | | | Buy (add'l) | 08/16/13 | J | | |
| 58. -- | | | | | Buy (add'l) | 08/19/13 | M | | |
| 59. -- | | | | | Buy (add'l) | 08/23/13 | J | | |
| 60. -- | | | | | Buy (add'l) | 09/26/13 | J | | |
| 61. -- | | | | | Buy (add'l) | 10/25/13 | J | | |
| 62. -- | | | | | Buy (add'l) | 11/12/13 | J | | |
| 63. Income Fund America, Inc. Class A of American Funds | C | Dividend | N | T | | | | | |
| 64. -- | | | | | Buy (add'l) | 02/22/13 | J | | |
| 65. -- | | | | | Buy (add'l) | 03/14/13 | J | | |
| 66. -- | | | | | Buy (add'l) | 03/15/13 | J | | |
| 67. -- | | | | | Buy (add'l) | 03/19/13 | J | | |
| 68. -- | | | | | Buy (add'l) | 05/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- | | | | | Buy (add'l) | 05/30/13 | J | | |
| 70. -- | | | | | Buy (add'l) | 06/27/13 | J | | |
| 71. -- | | | | | Buy (add'l) | 08/16/13 | J | | |
| 72. -- | | | | | Buy (add'l) | 08/19/13 | M | | |
| 73. -- | | | | | Buy (add'l) | 08/23/13 | J | | |
| 74. -- | | | | | Buy (add'l) | 09/26/13 | J | | |
| 75. -- | | | | | Buy (add'l) | 10/25/13 | J | | |
| 76. -- | | | | | Buy (add'l) | 11/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/09/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan N. Bloch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544